# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135320

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KIMLIN DELL PURIFOY, a/k/a
KEMLIN PURIFOY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135320
COA: 280446
Oakland CC: 2006-209328-FH
               2006-209128-FH

On order of the Court, the application for leave to appeal the October 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                 _____
s0211                              Clerk